NEW JERSEY HOUSING & MORTGAGE FINANCE AGENCY v.
DELLA MOSES AND BERTRAM SCHENKEL.

May 19, 1987.

Petition for certification denied. (See 215 *N.J.Super.* 318)

NEW JERSEY HOUSING & MORTGAGE FINANCE AGENCY v.
DANIEL & FLORENCE BROOKS EATMAN.

May 19, 1987.

Petition for certification denied. (See 215 *N.J.Super.* 318)

IN THE MATTER OF THE ESTATE OF LOUISE M. HORBATT,
A/K/A LOUISE HORBATT, DECEASED.

May 19, 1987.

Petition for certification denied.

ELWOOD MALIN v. UNION CARBIDE CORPORATION.

May 19, 1987.

Petition for certification denied.